# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Cx29 | E 1418551 | Fajardo | 336 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 1/14/22   1330 | 18 USC 13 PC496(A) |

Place of Offense

Battery East

Offense Description: Factual Basis for Charge          HAZMAT ☐

Posc. Stolen Property

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on Jan 14 , 20 22 while exercising my duties as a
law enforcement officer in the _____ District of CA

## DEFENDANT INFORMATION   Phone [redacted]

| Last Name | First Name |
|---|---|
| Lindsey | Kevin |

VEHICLE

## APPEARANCE IS REQUIRED

A. ☒ If Box A is checked, you must appear in court. See instructions.

CFS 011422-44

## APPEARANCE IS OPTIONAL

B. ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

|  |  |
|---|---|
| $ | Forfeiture Amount |
|  | + $30 Processing Fee |
| www.cvb.uscourts.gov → | |
| $ | Total Collateral Due |

## PAY THIS AMOUNT AT
## www.cvb.uscourts.gov →

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 450 Golden Gate | TBD |
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*ET416551*

The foregoing statement is based upon:

☑ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  04-14-22   _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident